# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

May 30, 2024

**BY ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Lopez v. Carib Inc., et al.
                 Case No. 24-CV-1237 (AS) (OTW)</u>

Dear Judge Subramanian,

      We are counsel to the plaintiff in the above-referenced matter. This case has been referred to the Court's Annexed Mediation Program and the parties await the assignment of a mediator. In the interim, an initial pretrial conference is scheduled on June 5, 2024, at 2:00 p.m. Please accept this letter as the parties' joint request that the conference be adjourned *sine die* as the parties attempt to resolve the matter through mediation.

      No prior request for similar relief has been made and no other dates would be affected.

                                                                  Respectfully submitted,

Once the parties submit the proposed case-management plan and letter required by Dkt. 5 (which are due today), the Court will consider adjourning the conference.

                                        <u>/s/ Justin Cilenti</u>
                                        Justin Cilenti

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 30, 2024