UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
HUGO LOPEZ, et al.,            :
            :
          Plaintiffs,       :
            :      24-CV-1237 (JAV)
     -v-         :
            :      ORDER
CARIB INC., et al.,            :
            :
        Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated May 5, 2025, ECF No. 45, Defendant Abbas Taghavitalab ("Defendant") was required to either retain counsel to represent him in this matter or file a letter with the Court stating that he will be proceeding *pro se* by July 11, 2025. To date, Defendant Taghavitalab has not filed a letter with the Court, nor has counsel appeared on his behalf. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 15, 2025**. If Defendant is proceeding *pro se*, he must provide his mailing address to the Court in his letter.

      *Pro se* parties may not call the Court directly; any questions should be directed to the Pro Se Office at (212) 805-0175. *Pro se* parties are encouraged to consent to electronic service via ECF as it would ensure that the *pro se* party would receive documents in its case promptly by email instead of by regular mail. The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that pro se party with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter.

      If Defendant does not consent to electronic service via ECF, he may submit filings as PDFs by email Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may can submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, however, there may be delays before such filings are received and/or docketed.

      Defendant is on notice that a failure to appear to defend himself could result in a default judgment being entered against him. Should Plaintiffs move for a default judgment, Defendant Taghavitalab could be determined to be liable for the claims asserted in the complaint. If Defendant does not participate in the lawsuit now, he would likely waive his right to raise factual or legal defenses that they may have to Plaintiffs' claims.

      Plaintiff is ordered to serve a copy of this Order on Defendant by **August 8, 2025**, and to file proof of service on the docket by that date.

      SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                             JEANNETTE A. VARGAS
                                             United States District Judge