# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

August 19, 2025

**BY ECF**

Hon. Jeannette A. Vargas, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

        Re:    *Lopez, et al. v. Carib Inc., et al.*
                <u>Case No. 24-CV-1237 (JAV) (OTW)</u>

Dear Judge Vargas,

      We are counsel to the plaintiffs in the above-referenced matter. Pursuant to the Court's Order, plaintiffs are to file their motion for default judgment by August 21, 2025. Please accept this letter as plaintiffs' request for an extension of time until September 4, 2025, to file their anticipated motion.

      No prior request for similar relief has been made, and no other dates would be affected.

      We thank the Court for considering this application.

                            Respectfully submitted,

                            <u>*/s/ Justin Cilenti*</u>
                            Justin Cilenti

---

Plaintiffs' request for an extension of time to file their motion for default judgment from August 21, 2025, to September 4, 2025, is **GRANTED**. The Clerk of the Court is respectfully directed to **TERMINATE** ECF No. 55.

                            Date:   August 20, 2025

**SO ORDERED.**

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE