UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HUGO LOPEZ and MARTIN MARTINEZ, on behalf of :
themselves and others similarly situated, :
:
Plaintiffs, :
: 24-CV-01237 (JAV)
-v- :
: ORDER
CARIB INC. d/b/a BISTRO 38, and ABBAS :
TAGHAVITALAB, :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 19, 2025, the Clerk of Court entered a Certificate of Default in the above-captioned case as to all Defendants. ECF No. 54. Plaintiffs subsequently filed a Motion to Strike Defendant's Answer and Enter Default Judgment on September 5, 2025. ECF No. 57. Defendants have since appeared in this case and filed a Motion to Set Aside Default on September 30, 2025. ECF No. 60.

As stated on the record during the conference held earlier today:

- Plaintiffs' Motion to Strike Defendants' Answer and Enter Default Judgment, ECF No. 57, is **DENIED** without prejudice;
- Defendants' Motion to Set Aside Default, ECF No. 60, is **GRANTED**. The Court finds good cause under Rule 55(c) to vacate the Certificate of Default. *See Commissions Imp. Exp. S.A. v. Republic of the Congo*, No. 19-MISC-195 (KPF), 2020 WL 13560108, at *1 (S.D.N.Y. May 11, 2020);
- Plaintiffs shall file a motion to compel documents relating to the $500,000-gross-revenue-threshold issue under the Fair Labor Standards Act ("FLSA") no later than **November 17, 2025**;
- Defendants shall file a response to Plaintiffs' motion no later than **November 20, 2025**;
- Counsel for all parties shall appear for a conference with the Court regarding Plaintiffs' motion to compel on **November 25, 2025**, at **2:30 PM**. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The Clerk of Court is directed to vacate the Certificate of Default, ECF No. 54. Additionally, the Clerk of Court is directed to terminate ECF Nos. 54, 57, and 60.

      SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge