UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
HUGO LOPEZ, et al.,                                                     :
                                                                        :
                              Plaintiffs,        :        24-CV-01237 (JAV)
                                                                        :
               -v-                               :        ORDER
                                                                        :
CARIB, INC., et al.,                                                   :
                                                                        :
                              Defendants.        :
                                                                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    The parties appeared today, April 23, 2026, for a case management conference. The

Court hereby extends Defendants' deadline to respond to the pending motion to compel, ECF

No. 69, to May 7, 2026. Plaintiff's Reply will be due May 14, 2026.

    SO ORDERED.

Dated:  April 23, 2026                    _____
        New York, New York                      JEANNETTE A. VARGAS
                                                 United States District Judge