UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HUGO LOPEZ, et al.,

Plaintiffs,

-v-

CARIB, INC., et al.,

Defendants.

---------------------------------------------------------------------X

24-CV-01237 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF Nos. 92, 95, the parties were required to file a post-fact discovery joint status letter by August 28, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 12, 2026**.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge