UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HUGO LOPEZ, et al.,

Plaintiffs,

-v-

CARIB INC., et al.,

Defendants.

---------------------------------------------------------------------X

24-CV-01237 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of Defendants' letter dated October 13, 2026,[1] and Plaintiffs' response to the Court's October 15, 2026 Order to Show Cause. ECF No. 98.

By **October 29, 2026**, the parties shall file a joint letter that: (1) confirms that the parties have participated in a one-hour settlement conference as required by Rule 8.C of this Court's Individual Rules and Practices in Civil Cases; (2) indicates whether all parties consent to mediation or a settlement conference to be held before the designated Magistrate Judge; and (3) sets forth a proposed briefing schedule for any dispositive motions that the parties anticipate filing with the Court.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

[1] Due to an CM/ECF outage, Defendant's letter was submitted to Chambers via email. Defendant was directed to promptly file the letter on the docket but has failed to do so. ECF No. 97. Accordingly, Defendant's letter is attached hereto.

**MARIA INES GONZALEZ, ESQ**
**51-7 43RD AVENUE**
**WOODSIDE, NY 11377**
**TEL: (973) 517-7880 ( For New Jersey)**
**TEL: (917) 698-9504 ( For New York)**
**Email: mariainesg@aol.com**

**Admitted in New Jersey** **Admitted in New York**

October 13, 2026

The Hon. Jeannette A. Vargas, USDJ
United States District Court
For the Southern district of New York

Re: Lopez v. Carib Inc. et al
Case No 1:24-cv-01237-JAV
Defendant's late response to order 96
Explaining also reasons for oversight of that cause late response.

Dear Judge Vargas:

Your Honor caused to be emailed and recorded in the docket your order 96 reminding the parties attorneys that they were late in filing the required post fact discovery joint letter that had to be filed by August 28, 2026, and extending the date to file the letter to yesterday October 12, 2026. I am hereby asking the court forbearance since due to my health condition, physical and medical therapies (I can hardly move around my abode, and although this does not impede my responding to the court and the meeting my duties, it had interfered in this case with my timely response. Consequently, I am asking the court to accept this letter also as my report (I am not aware that plaintiffs' attorney, Mr. Cilenti approached my office or me directly for meeting this mutual obligation, therefore I am on behalf of the defense reporting to the court as mandated by your order, even if late).

The parties finalized with facts discovery. The depositions of the Plaintiffs were taken and the deposition of the principal of the defendant was also taken. During the fact discovery and prior to the taking of the depositions of the parties, I informed Mr. Cilenti that the defense had one expert as a witness. We hereby inform the court that the defendants are named Paul G. Marquez. JD, CPA, ABV, CFF. ASA, CBA, Bitz value Ltd, affiliated with The National Business Valuation Group as the expert for the present case and litigation for the

defendants. We will provide the Plaintiffs' attorney with the curriculum vitae of Mr. Marquez and of course his report on the present matter. I am asking the court to provide a post factual discovery scheduling order that will allow the exchange of documentation from experts (if the plaintiffs have any, that has not been manifested to us), expert reports and depositions.

Respectfully submitted,

***/s/ Maria Ines Gonzalez***

Maria Ines Gonzalez, Esq.,

Cc: Justin Cilenti, Esq. Via email to: jcilenti@jcpclaw.com